UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

versus                                                             CRIMINAL NO.08-67-JVP-SCR

ROY SHERMAN BURNETT

## ORDER OF FORFEITURE AS TO CERTAIN SUBSTITUTE PROPERTY OF DEFENDANT

The United States of America, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, and Title 21, United States Code, Section 853(p), has moved to amend the order of forfeiture previously issued in this case to include certain property of defendant, Roy Burnett, as substitute property. In consideration of the motion, the memorandum in support thereof and the entire record in this matter, the Court finds as follows.

On July 24, 2009, during sentencing, this Court entered a final order of forfeiture as to all right title and interest of defendant, Burnett in the following property: A 2008 Chevrolet Tahoe, LS LT 1500, a 2007 Trans Fiberglass Boat, and a 2007 Coast Boat trailer. The order of forfeiture also includes a money judgment in favor of the United States in the amount of THREE HUNDRED FIFTY ONE THOUSAND, THREE HUNDRED SEVENTY FIVE AND NO/100 DOLLARS ($351,375.00), which amount represented the value of the proceeds of the offense for which the defendant was convicted. Although several items of property have been ordered forfeited and the money judgment has been satisfied to the extent of approximately SIXTY TWO THOUSAND, SIX HUNDRED TWENTY FIVE AND NO/100 ($62,625.00), the balance remains unpaid.

USM

The Court hereby finds that, because of the acts or omissions of the defendant, proceeds of the offense are no longer available, or have not been located for forfeiture.

As a result, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853(p), the United States is entitled to an order forfeiting other property of the defendant as a substitute for the unavailable property ordered forfeited. Accordingly,

IT IS HEREBY ORDERED that all right, title and interest of defendant Roy Burnett's TWO THOUSAND AND NO/100 DOLLARS ($2,000.00), is hereby forfeited to the United States.

IT IS FURTHER ORDERED that the United States Marshal shall forthwith seize and retain the property ordered forfeited hereunder pending the conclusion of any third party proceedings which may be conducted in this matter pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853(n).

IT IS FURTHER ORDERED THAT the United States shall, promptly after the seizure of said property, initiate proceedings necessary to protect any third party interests in the substitute property, pursuant to and in accordance with Rule 32.2(e) of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853(n), prior to requesting entry of a final order of forfeiture with respect thereto.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then, pursuant to Title 21, United States Code, Section 853(n)(7), the United States will move for a final order of forfeiture, and the United

States Marshals Service, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED this 10th day of August, 2009.

~~JOHN V. PARKER~~
UNITED STATES DISTRICT JUDGE
James J. Brady