UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT

2009 NOV 20 P 3:31

UNITED STATES OF AMERICA

versus  CRIMINAL NO.08-67-JVP-SCR

ROY SHERMAN BURNETT

## PRELIMINARY ORDER OF FORFEITURE

Upon the defendant herein having entered a plea of guilty on December 4, 2008, to a Superceding Indictment charging conspiracy to possess with the intent to distribute, and to distribute five kilograms or more of cocaine, in violation of Title 21, U.S.C. § 846, and Title 18, U.S.C. § 2, and possession with the intent to distribute and distribution of five kilograms or more of cocaine in violation of Title 21, U.S.C. § 841(a)(1) and Title 18, U.S.C. § 2, and pursuant to the *Plea Agreement* (Docket Entry #132), wherein the defendant agreed to forfeit all interests in any drug related assets that he currently owns, has previously owned, or over which he currently, or has in the past, exercised control, directly or indirectly, and any property that he has transferred, as well as any property that is traceable to, derived from, fungible with, or a substitute for property that constitutes the proceeds of his offense, including, but not limited to a 300XSL Mercury outboard motor, serial number 1E050074, Model 193247BHH that was attached to the previously forfeited 2007 Trans Fiberglass Boat and 2007 Coast boat trailer; and

Upon the Declaration of Special Agent Desmond[1], wherein on January 23, 2009, while defendant Burnett was being debriefed concerning assets he had acquired with drug proceeds, Burnett advised Desmond that he had purchased the boat motor and trailer with drug proceeds; all of which property constitutes derived from proceeds, or proceeds the defendant obtained directly, or indirectly as a result of the above violations, or property used or intended to be used in any manner or part to commit or to facilitate the commission of the above violations;

---

[1] See Declaration of Mike Desmond concerning statement by the defendant regarding the forfeiture of the above items. Attached as Government Exhibit 1.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the 300XSL Mercury outboard motor, serial number 1E050074, Model 193247BHH is condemned and forfeited to the United States;

IT IS FURTHER ORDERED that the United States shall publish notice of this Order pursuant to Title 21, United States Code, Section 853(n)(1).

Baton Rouge, Louisiana this 20th day of November, 2009.

~~JOHN V. PARKER~~ JAMES J. BRADY
UNITED STATES DISTRICT COURT

2