UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

versus                                                              CRIMINAL NO. 08-67-JVP-SCR

ROY SHERMAN BURNETT

ORDER

The United States' motion to *Substitute Government Exhibit A to Their Ex Parte Motion of the United States For a Final Judgment of Forfeiture* is HEREBY GRANTED.

The Clerk for the Middle District of Louisiana is HEREBY ORDERED to substitute the United States' original Government Exhibit A with the Government Exhibit A attached to its motion to *Substitute Government Exhibit A to Their Ex Parte Motion of the United States For a Final Judgment of Forfeiture.*

SO ORDERED this 2nd day of March, 2010, at Baton Rouge, Louisiana.

_____
~~JOHN V. PARKER~~
United States District Judge
JAMES J. BRADY