UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| versus | : | CRIMINAL NO.08-67-JVP-SCR |
| | : | |
| ROY SHERMAN BURNETT | : | |

FINAL JUDGMENT OF FORFEITURE

WHEREAS, on November 20, 2009, this Court entered an *Preliminary Order of Forfeiture* pursuant to the provisions of 21 U.S.C. § 853, based upon the Plea Agreement entered by the defendant, Roy Sherman Burnett, agreeing to forfeit a 300XSL Mercury outboard motor, serial number 1E050074, Model 193247BHH, constituting property used to facilitate the offense alleged in the Indictment as well as property derived from the proceeds defendant obtained directly or indirectly as a result of the violation alleged in the Indictment; and

WHEREAS, the United States published notice of the forfeiture on the official government internet site for at least 30 consecutive days beginning on November 25, 2009 and ending on December 24, 2009, advising all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property pursuant to 21 U.S.C. § 853(n)(1); and

WHEREAS, the United States provided direct notice to Mr. Hetzell Burnett, 336 Bayside, Seadrift, Texas 77983, defendant's father; and Mrs. Roy Burnett, 336 Bayside, Seadrift, Texas, 77983, defendant's wife; and

WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described above and listed in the Court's November 20, 2009, Preliminary Order of Forfeiture;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

That full right, title and interest to a 300XSL Mercury outboard motor, serial number 1E050074, Model 193247BHH, constituting property derived from any proceeds defendant obtained directly or indirectly as a result of the violation alleged in the Indictment; is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to the law by the United States Marshals Service.

SO ORDERED this 2nd day of MARCH, 2010, at Baton Rouge, Louisiana.

---
~~JOHN V. PARKER~~
UNITED STATES DISTRICT JUDGE
JAMES J. BRADY

2